ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Diversified Construction of Oklahoma, Inc. | ) ASBCA No.   62583 |
| | ) |
| Under Contract No.   FA8101-10-D-0003 | ) |

APPEARANCE FOR THE APPELLANT:          Tim Gallegly, Esq.
                                                                            Crowe & Dunlevy, P.C.
                                                                            Oklahoma City, OK

APPEARANCES FOR THE GOVERNMENT:    Jeffrey P. Hildebrant, Esq.
                                                                             Air Force Deputy Chief Trial Attorney
                                                                             Capt Seiji Ohashi, USAF
                                                                             Lawrence M. Anderson, Esq.
                                                                               Trial Attorneys

## ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  October 13, 2020

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62583, Appeal of Diversified Construction of Oklahoma, Inc., rendered in conformance with the Board's Charter.

Dated:  October 13, 2020

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals